ORIGINAL

*Sroka, Gary,* equitable beneficial title owner regarding "NAME": GARY JAMES SROKA dba GARY J. SROKA dba GARY SROKA
324 Via Promesa
San Clemente. Nation California.
Non-domestic without the u.s.
PHONE 949-285-6885

FILED
MAY 28 2019
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:
Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTICT OF CALIFORNIA

**GARY JAMES SROKA**

**Debtor**

***Sroka, Gary,* equitable beneficial title owner regarding "NAME":**
GARY JAMES SROKA dba GARY J. SROKA dba GARY SROKA

**Claimant**

**v.**

MR. COOPER;
REAL TIME RESOLUTIONS, INC;
Nationstar Mortgage LLC c/o NBS Default Services, LLC;
BANK OF AMERICA, N.A.,
and WELLS FARGO BANK, NATIONAL ASSCIATION; SUCCESSOR BY MERGER TO WELLSFARGO BANK MINNESOTA, NATIONAL ASSOCIATION; AS TRUSTEE FOR Bank of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates Series 2003-D, et al and does 1 through 100

**Respondent(s)**

**Contract No.**: eGJS02061961-05
**Central District Court:** SACV-19-00807-AG(ADSx)

CASE NO: **18:19-bk-11841-TA**

Chapter 7

ADVERSARY NO: ___:___-ap-________-___

**Declaratory Relief for a Declaratory Judgment**

14 - RECOVERY OF MONEY / PROPERTY
91 - DECLARATORY JUDGEMENT
01 - DETERMINATION OF REMOVAL OR CAUSE
02 - OTHER

THE COMMON LAW

**Proof of Testament/Affidavit**
**Certificate of Service**
***IN CAMERA REGIS***
*RESPONDEAT SUPERIOR*
[31 U.S.C. § 1321(b)(1) and P.L. 88-243]

State of California )

County of ~~Los Angeles~~ ORANGE )

*Jurat/ Affidavit/ Declaration*

**COMPLIANT**

Claimant, *Sroka, Gary,* equitable beneficial title owner regarding "NAME": GARY JAMES SROKA (debtor) dba GARY J. SROKA dba GARY SROKA, in equity under the Common Law. The Respondents are moved to provide the proof of claim issued/delivered and in their possession as required, point-by-point under oath, with all ledgers and accounting, Respondent(s) continued failure to provide proof of claim, and failure to acknowledge they have accepted several tender of payment(s) for credit on account shall constitute a continued breach of the established binding self-executing *irrevocable contractual agreement* coupled with interest and subject the breaching party to fines, penalties, fees, taxes and other assessments. The court is noticed there was a private arbitration process between the parties, that is binding on all parties and is the sole and exclusive remedy for redressing any issue associated with our contract agreement. Claimant files this Compliant pursuant to Declaratory Relief and seeks a Declaratory Judgment; Claimant makes oath and affirms, as an adult, to be competent, with first-hand knowledge of the facts presented as the truth, the whole truth and nothing but the truth so help me God in his name, and thereby alleges the following in support of the requested relief:

## JURISDICTION

1. This is an adversary proceeding in which the Claimant is seeking declaratory relief.
2. This Court has jurisdiction pursuant to your rules [28 U.S.C. §§ 157 and 1334].
3. This is a core proceeding pursuant to your rules [28 U.S.C. § 157(b)(2)(J)], and this Court has the Constitutional authority to render a final judgment on the Complaint.
4. Venue is proper pursuant to your rules [28 U.S.C. § 1409(a)].

*Codes only listed for your knowledge, this is not granting this court jurisdiction over the common law rights*

## STIPULATIONS TO RESPONDENT(s)

Notice to Respondents on HOW to address the Claimant and comply with rules of court as follows:

1. DO NOT ALTER the name in any way:
   a. Claimant: *Sroka, Gary,* equitable beneficial title owner regarding "NAME":
      **(Debtor)** GARY JAMES SROKA dba GARY J. SROKA dba GARY SROKA
2. This filing deals with a CLAIMANT vs RESPONDENT(s) do not change/**alter to state** Plaintiff vs Defendants;

3. Unsecured Foreclosure (by unclean hands of Respondent MR Cooper) sale Set for May 2019 is to be stayed;
   - **a.** Failure to document response under oath will be DENIED
     - i. Respondent(s) Failure to comply with STIPULATIONS as LISTED, the response will be considered a non-response by MISNOMER…ALL PARTIES are hereby given proper notice.

## VERIFIED FACTS PROCEDURAL HISTORY

**Verified FACT**: Claimant and Respondents' have established an agreement contract **eGJS02061961-05**: copy-right/copy-claim:; this agreement contract supersedes and predates as well as replaces any and all prior agreements between the parties, and is binding on all parties and irrevocable, and the parties agreed to the terms and conditions of this agreement upon your default documented on and for the record of the defaulting party(s) as of the date of the finial default dated 25th day of April 2019, that the value of this agreement due to claimant is SIX MILLION NINE HUNDRED AND SEVENTY-ONE THOUSAND SEVEN HUNDRED AND THIRTY-FOUR AND SIXTY-EIGHT CENTS, the amount demanded is ($6,971,734.68) UNITED STATES CURRENCY; Whereby the Claimant grants ten (10)% of principal sum certain to Estate Trustee MCTPEM, and grants two (2)% of principal sum certain to the assigned Bankruptcy Court Trustee Richard A. Marshack (TR), successor or assigned, upon remedy, and the claimant real property on mortgage tendered of payment pursuant to your law, is to be updated satisfied in full, and real property transferred into GARY JAMES SROKA ESTATE LIVING TRUST. The claimant once more respectfully, witnessed by the court, requests the Respondent(s) provide said necessary Proof of Claim, in their possession point by point, so as to resolve the claimant's confusion and concerns within this/these matter(s). Otherwise, the claimant must ask, "What is the claimant's remedy?"

## DECLARATORY JUDGMENT

The court is moved by the Claimant to render declaratory relief and upon respondents failure to respond the clerk to issue a default, in favor of Claimant - *Sroka, Gary(civilian) the equitable title owner of the NAMEs* GARY J. SROKA dba **(debtor)** GARY JAMES SROKA dba GARY SROKA, and

against Respondent(s), MR. COOPER; REAL TIME RESOLUTIONS, INC; Nationstar Mortgage LLC c/o NBS Default Services, LLC; BANK OF AMERICA, N.A. and WELLS FARGO BANK, NATIONAL ASSCIATION; SUCCESSOR BY MERGER TO WELLSFARGO BANK MINNESOTA, NATIONAL ASSOCIATION; AS TRUSTEE FOR Bank of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates Series 2003-D, et al, for any failure to answer or otherwise respond under oath to the PROOF OF CLAIM DEMAND by Contract Agreement No.: **eGJS02061961-05:** copy-right/copy-claim:; to this Amended Complaint for breach of contract pursuant to the Administrative Procedures Act the respondents are currently in **breach of a binding self-executing *irrevocable contractual agreement* coupled with interest,** and are move to stay all foreclosure actions for May 2019; claim supported by Proof of Testimony and Certificate of Service.

Declaratory Relief for a Declaratory Judgment is filed into record to document facts that the foreclosing entity (MR COOPER) is not entitled to perform a foreclosure of NAME (dba) GARY J. SROKA of the DEBTOR- GARY JAMES SORKA – on address 324 Via Promesa. San Clemente. Nation California. non-domestic without the u.s.; the Estate real property listed as a post-foreclosure case in bad faith of the Respondents. The contract agreement between the parties, supersedes all prior contracts and due to failure to provide any form of proof of claim otherwise by Respondents, a request for declaratory relief to seek a declaratory judgment is property, whereby the foreclosure action by Respondent (MR COOPER) is void, as a matter of law; the foreclosing entity MR COOPER, did not comply with the terms of the *binding self-executing irrevocable contractual agreement coupled with interest*, on the allege mortgage that was issued/delivered and acknowledged several tender of payment(s) by special deposit for credit on account and/or voids applicable foreclosure statutes.

A legal determination, for declaratory relief to issue a declaratory judgment holding that the foreclosure is void, is moved to be recorded in the Registry of Deeds, and restore Sroka Estate title to the real property. Claimant seeks resolution to matters of law in equity, in common law, and does not waive any constitutional rights to remedy on the verified facts presented, for and on the record. Where the parties have entered into a *legally binding contractual relationship with each other*, and there is nor was any form of attempt to defraud and/or any attempt to inducement of fraud and/or to commit fraud, and/or inducement of contract and/or fraud in the factum respecting the instant matter and contract. That the parties are bound by the terms and obligations agreed upon and imposed upon them as a direct result of the *contractual agreement*;

**FUTHERMORE**, it is to be noted that all elements forming an agreement/contract and a legally commercial binding obligatory relationship are present. **NOTE**: that the contract clearly expressed that the method of settlement and resolution of any and all disputes arising thereunder shall be settled by personal arbitration between the parties, under the authority of the standards of common-law arbitration, the Federal arbitration act, and further stipulated authorized the claimant and or claimant's representative the authority to choose and or appointed the arbitrator as agreed upon and within the contract. Which is documented and processed through the USPS Services as a Witness of all actions to the contract states that the arbitrator shall remain immune, impartial, with full and complete indemnification respecting the personal arbitration and any other related matters associated with this instant matter;

**WHEREFORE**, the responding parties listed above have by their own accord, agreed to all the terms of the contract, and that they have committed the offenses claimed in the contract and have acted against the interests of the claimant's, depriving claimant of their right to property, their right to contract, the right to The Pursuit of Happiness and the enjoyment of life. They have admitted and agreed that they have violated the claimant's constitutional and common law rights, that they had intentionally, and knowingly, and deliberately failed to perform as agreed, have forsook their obligatory duty of care and thus created a dispute that requires a resolution by an arbitration tribunal and or any subsequent award;

Assessment of damages in the principal sum certain being the same amount demanded in this claim.

Dated: 28TH day of May 2019

By: ______________________

*Sroka, Gary* real party of interest of "NAME"
:copy-right-copy-claim:

State of California )

County of Orange ) *Testimony under oath*/ ***Affidavit***

**PROOF OF TESTAMENT**

**In support of DECLARATORY RELIEF FOR A DECLARATORY JUDGMENT**

**i,** *Sroka, Gary(civilian)*, makes oath and affirm of age of majority/an adult, competent to testify to the facts as the truth, the whole truth and nothing but the truth, so help me god, as presented with supporting evidence in care of the NAMEs GARY J. SROKA dba GARY JAMES SROKA(**Debtor**) dba GARY SROKA;

**FUTHERMORE**, it is to be noted that all elements forming an agreement/contract and a legally commercial binding obligatory relationship are present. **NOTE**: that the contract clearly express that the method of settlement and resolution of any and all disputes arising thereunder shall be settled by personal arbitration between the parties, under the authority of the standards of common-law arbitration, the Federal arbitration act, and further stipulated authorized the claimant and or claimant's representative the authority to choose and or appointed the arbitrator as agreed upon and within the contract. Which is documented and processed through the USPS Services as a Witness of all actions to the contract states that the arbitrator shall remain immune, impartial, with full and complete indemnification respecting the personal arbitration and any other related matters associated with this instant matter;

**WHEREFORE**, the responding parties MR. COOPER; REAL TIME RESOLUTIONS, INC; Nationstar Mortgage LLC c/o NBS Default Services, LLC; BANK OF AMERICA, N.A. and WELLS FARGO BANK, NATIONAL ASSCIATION; SUCCESSOR BY MERGER TO WELLSFARGO BANK MINNESOTA, NATIONAL ASSOCIATION; AS TRUSTEE FOR Bank of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates Series 2003-D, *et al*, have by their own accord, agreed to all the terms of the contract, and that they have committed the offenses claimed in the contract and have acted against the interests of the claimant's, depriving them of their right to property, their right to contract, the right to The Pursuit of Happiness and the enjoyment of life. They have admitted and agreed that they have violated the claimant's constitutional and common law rights, that they had intentionally, and knowingly, and deliberately failed to perform as agreed, have forsook

their obligatory duty of care and thus created a dispute that requires a resolution by this arbitration tribunal and or any subsequent award;

**FOR AND ON THE RECORD OF EVENTS:**

**1.** Between, August 2018 through January 2019, several tenders of payments were issued pursuant to Uniform Commercial laws on "Tender of Payment," by special deposit for *credit* on account(s) to settle **all** debt claim(s) in full, accepted/acknowledged nor returned by Respondent(s) MR COOPER posted on record for account number 0617169545 and REAL TIME RESOLUTIONS, INC posted on record account number 006358758.

a. Where the parties knowingly and intentionally as well as deliberately stipulated and agreed that the related matters of any judgments associated thereto, failed to correct their ledgers, provide account and waive any claims, any collateral attacks, by the respondents are null and void of any effect, and shall not be binding on the claimant's retroactively and henceforth. Proof of Service of MR COOPER attached as **EXHIBIT A**/ REAL TIME RESOLUTIONS INC as **EXHIBIT B;**

**2.** The contract issued and delivered stated that punitive damages can be optionally assessed, however, it is to be noted that the contract remain silent as to any case that would direct a private arbitrator between the parties a direct formula to determine punitive damages. It is claimed that punitive damages may be warranted in the event the respondents continue to act with abstinence. In such an event, it is asked that the parties impose punitive damages at a rate of two to three times the amount of the actual damages in addition to other remedies awarded, pursuant to Pacific Mutual Life Insurance Company vs. Haslip, 499 US 1 (1991);

**3.** The administrative remedy cognizable at common-law is exigent and of consequence for the Claimant to inform Respondent(s), in accordance with and pursuant to the principles and doctrines of "clean hands" and "good faith," that by Respondents(s) failure and or refusal to respond and provide the requested and necessary Proof of Claims raised herein above and thereby; and it shall be held and noted and agreed to by all parties, that a general response, a nonspecific response, or a failure to respond with specificities and facts and conclusions of common law, and or to provide the requested information and documentation that is necessary and in support of the agreement shall constitute a failure and a deliberate and intentional refusal to respond and as a result thereby and or therein,

expressing the defaulting party's consent and agreement to said facts and as a result of the self-executing agreement, the following is contingent upon their failure to respond in good faith, with specificity, with facts and conclusions of common-law to each and every averment, condition, and/or claim raised; as they operate in favor of the Claimant, through "tacit acquiescence," Respondent(s) NOT ONLY expressly affirm the truth and validity of said facts set, established, and agreed upon between the parties to this Conditional Acceptance for Value and counter offer/claim for PROOF OF CLAIM, but Respondent(s); having agreed and consented to Respondent(s) having a duty and obligation to provide the requested and necessary PROOF OF CLAIMS raised, created and established for Respondent(s) an estoppel in this matter, and ALL matter(s) relating hereto; and arising necessarily therefrom; and,

4. In accordance with and pursuant to this agreement; a contractually (consensual) binding agreement between the parties to this Conditional Acceptance for Value and counter offer/claim for Proof of Claim to include the corporate Government Agency/Department construct(s) whom Respondent(s) represents/serves; as well as, ALL officers, agents, employees, assigns, and the like in service to Respondent(s) will not argue, have not argued, controvert, opposed, nor otherwise protest ANY of the facts already agreed upon by the parties set and established; and necessarily and of consequence arising therefrom, in ANY future remedial proceeding(s)/action(s), including binding personal arbitration, witness by the USPS services and this confirmation of the award now filed in the District Court of the United States SACV-19-00807-AG(ADSx); a competent court under original jurisdiction, in accordance with the general principles of non-statutory Arbitration, wherein this Conditional Acceptance for the Value/Agreement/Contract no. **eGJS02061961-05**: copy-right/copy-claim USPS Certified Mail/Return Receipt 7015 3010 0000 8586 4411/ 7015 3010 0000 8586 4428/ USPS Express Mail/Return Receipt EE 147569526 US/ EE 147569530 US constitutes an agreement of all interested parties in the event of this Finial Foreign Default and acceptance through silence/failure to respond when a request for summary disposition of any claims or particular issue may be requested and decided between the parties, whereas a designated arbitrator of notice shall be chosen at random, who is duly authorized as the USPS as witness, and in the event of any physical or mental incapacity to act as arbitrator, the Claimant shall retain the authority to select any neutral(s)/arbitrator(s) that qualify pursuant to the common law right to arbitration,

as the arbitration process as a private remedy decided upon between the parties, and with respects this agreement, the defaulting party waives, and has waived any and all rights, services, notices, and consents to the Claimant and or the Claimant's representative selection of the USPS as arbitrator privately agreed between the parties, thereby constituting agreement, and any controversy or claim arising out of or relating in any way to this Agreement or with regard to its formation, interpretation or breach, and any issues of substantive or procedural arbitrability is settled by this private administrative arbitration, and the Clerk of the Court may decide the controversy upon evidence produced, all parties where duly notified of the private arbitration proceeding which no appearance/rebuttal/ objection has been stated for and on the record; that the Claimant deems necessary to enforce the "good faith" of ALL parties hereto within without respect to venue, jurisdiction, law, and forum the Claimant deems appropriate, as follows:

5. **Verified FACT**: an original Counter Offer Agreement Contract Number **eGJS02061961-05:** copy-right/copy-claim: (*binding self-executing irrevocable contractual agreement coupled with interest*) was issued the 5th day of April 2019 by USPS Certified Mail/Return Receipt 7015 3010 0000 8586 4411 and delivered/received by MR COOPER the 6th day of April 2019; Proof of Contract first page only attached as **EXHIBIT C**;
6. **Verified FACT**: an original Counter Offer Agreement Contract Number **eGJS02061961-05:** copy-right/copy-claim: (*binding self-executing irrevocable contractual agreement coupled with interest*) was issued the 5th day of April 2019 by USPS Certified Mail/Return Receipt 7015 3010 0000 8586 4428 and delivered/received by REAL TIME RESOLUTIONS, INC (misprint SOLUTIONS) the 9th day of April 2019; Proof of Contract first page only attached as **EXHIBIT C**;
7. **Therefore, the** private arbitration process between the parties is binding on all parties and is the sole and exclusive remedy for redressing any issue associated with the contract agreement **eGJS02061961-05:** copy-right/copy-claim: ...
    a. That the contract agreement supersedes and predates as well as replaces any and all prior agreements between the parties, and is binding on all parties and irrevocable, and the parties agreed to the terms and conditions of this agreement upon default of the defaulting party as of the date of the default, that the sum certain value of this agreement is Three Million Nine Hundred Forty-Three Thousand Seven Hundred Ninety One Dollars and Fifty Eight Cents, the amount

demanded is ($3,943,791.58)10% to assigned trustee of Estate Trust. The Claimant respectfully requested the Respondent(s) provide said necessary PROOF OF CLAIMS so as to resolve the Claimant's confusion and concerns within this/these matter(s); failure would result as two times damages per agreement between the parties with additional fees;

8. Respondent(s) have superior knowledge of the law, and as custodian of record has access to the requested and necessary PROOF OF CLAIMS, and otherwise being in a 'catbird's seat' to provide the requested and necessary PROOF OF CLAIMS raised herein above, Respondent(s) is able, capable, and most qualified to inform the Claimant on those matters relating to and bearing upon the above referenced alleged ***CIVIL/ COMMERCIAL/ Cause*** and thereby; that there is a duty on the part of the parties to communicate and/or respond to the aforementioned PROOF OF CLAIM and/or demand associated with this **self-executing binding irrevocable contractual agreement** coupled with interests and therein, has an obligation to clear-up all confusion and concerns in said matter(s) for the Claimant as to the nature and cause of said process(s), proceeding(s), and the like as well as the lawfulness and validity of such to include; inter ali, all decisions, orders, and the like within; and arising from, all such within said **Commercial/Civil/Cause**;

9. Claimant provided the Respondent(s) **ten (10) Calendar days**; to commence the day after receipt of this Conditional Acceptance for Value and counter offer/claim for PROOF OF CLAIM, in which to gather and provide the Claimant with the requested and necessary PROOF OF CLAIMS raised herein above, with the instruction, to transmit said PROOF OF CLAIMS **to the Claimant** as stipulated and attached thereto if applicable, for the sole purpose of certifying RESPONSE or want thereof from Respondent(s). Further, the Claimant herein; and hereby, extended to the Respondent(s) the offer for an additional ten (10) Calendar days in which to provide the requested and necessary PROOF OF CLAIMS raised. Respondent(s) did not desire the additional ten (10) Calendar days, Respondent failed to cause to be transmitted to the Claimant; a signed written REQUEST. However, the Claimant strongly recommended the Respondent(s) make request for the additional ten (10) Calendar days well before the initial ten (10) Calendar days had elapsed to allow for mailing time, but they choose not to request the additional ten (10) Calendar days;

10. Respondent(s) failed to request for the additional ten (10) Calendar days, deemed "good faith" on the part of Respondent(s) to perform to this offer and provided the requested

and necessary PROOF OF CLAIMS. Respondent(s) then failed or otherwise refused to provide the requested and necessary PROOF OF CLAIMS, and/or failed to provide the specific information in full detail as specified according to the terms of this agreement, and or shall cause to have presented a **nonresponse**, and or a general response, and or a **nonspecific response**, which shall only constitute as an attempt to evade, to avoid, to delay, said act(s) on the part of Respondent(s) **shall be deemed and evidenced** as an attempted constructive fraud, deception, bad faith, and the like upon Respondent's part and further attempts to cause an **inflict injury upon the Claimant. WHEREAS**, the Claimant strongly did recommended Respondent(s) that any PROOF OF CLAIMS and request for the additional ten (10) Calendar days be transmitted "Certified" Mail, Return Receipt Requested, and the contents therein under Proof of Mailing for the good of all concerned;

**11.** Respondent(s) failed or otherwise refused to provide the requested and necessary PROOF OF CLAIMS raised within the expressed period of time established and set therein, **Respondent(s) have failed to State any claim upon which relief can be granted. Further, Respondent(s) have agreed and consented through "tacit acquiescence" to ALL the facts in relation to the referenced alleged *Commercial/Civil/Cause*, as raised as PROOF OF CLAIMS;**

**12. Verified FACT:** ALL facts necessarily and of consequence arising there from, are true as they operate in favor of the Claimant, and that said facts shall stand as *prima facie* and ultimate (*un-refutable*) between the parties to this Conditional Acceptance for Value and counter offer/claim for PROOF OF CLAIM, the corporate Government juridical construct(s) Respondent(s) represents/serves, and ALL officers, agents, employees, assigns, and the like in service to Respondent(s), as being undisputed. Further, failure and/or refusal by Respondent(s) to provide the requested and necessary PROOF OF CLAIMS raised herein above shall act/operate as ratification by Respondent(s) that ALL facts as set, established, and agreed upon between the parties to this Conditional Acceptance for Value and counter offer/claim for PROOF OF CLAIM, are true, correct, complete, and NOT misleading;

**13.** Respondent(s) was allowed the ten (10) Calendar days without providing the requested and necessary PROOF OF CLAIMS, Respondent(s) agreed to fault and the Claimant

caused to be transmitted a Notice of Fault and Opportunity to Cure and Contest Acceptance to the Respondent(s);

**14.** Respondent(s) was given an additional three (3) days (72 hours) to cure Respondent(s') fault. Respondent(s) failed or otherwise refused to cure Respondent(s') fault, Respondent(s') are found in FINIAL default and thereby; and therein, Respondent(s') have established Respondent(s') consent and agreement to the facts contained within the **Conditional Acceptance for Value and counter offer/claim for PROOF OF CLAIM as said facts operate in favor of the Claimant**; e.g., that a judgment of alleged "court of record" within the above referenced alleged ***Commercial/Civil/Cause*** **is VOID AB INITIO for want of subject-matter jurisdiction of said venue**; insufficient document (Information) and affidavits in support thereof for want of establishing a claim of debt; want of Relationship with the "source of authority" for said statute(s)/law(s) for want of privity of contract, or contract itself; improperly identified parties to said judgment, as well as said dispute/matter; and, Respondent(s) agrees and consents that Respondent(s) does have a duty and obligation to Claimant; as well as the corporate Government Department/agency construct(s) Respondent(s) represents/serves, to correct the record in the above referenced alleged ***Commercial/Civil/Cause*** and thereby; and therein, **release the indenture** (however termed/styled) upon the Claimant and cause the Claimant to be restored to liberty, and releasing the Claimant's property rights, as well as ALL property held under a storage contract in the "NAME" of the all-capital-letter "NAMED" within the referenced alleged ***Commercial/Civil/Cause*** within the alleged commercially "bonded" warehousing agency d.b.a., for the commercial corporate Government construct d.b.a. the United States. That this presentment is to be construed c*ontextually* and not otherwise, and that if any portion and/or provision contained within this presentment, this self-executing binding irrevocable contractual agreement coupled with interests, is deemed non-binding it shall in no way affect any other portion of this presentment. The private arbitration between the parties is permitted and allowed to adjust the arbitration award to no less than two times the original value of the properties associated with this agreement, plus the addition of fines, penalties, and other assessments that are deemed reasonable to the presentment of such claim, supported by prima facie evidence of the claim.

15. Respondents are the **defaulting party(s), therefore, a declaratory judgment proceeding is property and will be estopped from maintaining or enforcing the original offer/presentment**; i.e., the ***Commercial/Civil/Cause*** as well as ALL commercial paper (negotiable instruments) therein, within any court or administrative tribunal/unit within any venue, jurisdiction, and forum the Claimant may deem appropriate to proceed within in the event of ANY and ALL breach(s) of this agreement by Respondent(s) to compel specific performance and or damages arising from injuries there from. The defaulting party will be foreclosed by laches and or estoppel from maintaining or enforcing the original offer/presentment in any mode or manner whatsoever, at any time, within any proceeding/action.

16. Respondents are foreclosed against the enforcement, retaliation, assault, infringement, imprisonment, trespass upon the rights, properties, estate, person whether legal, natural or otherwise of the presenter/petitioner and/or his interest and/or his estate retroactively, at present, post actively, forever under any circumstances, guise, and or presumption!

17. **Verified FACTS**: please be advised that in-as-much as the **Claimant has "secured" the "interest" in the "name" of the all-capital-letter "NAME"** as employed/used upon the face; and within, ALL documents/instruments/records within the above referenced alleged ***Commercial/Civil/Cause*****, to include any and all derivatives and variations** in the spelling of said "NAME" except the "true name" of the Claimant as appearing within the Claimant's signature block herein below, through a Common-Law *copy-right/copy-claim* as recorded on this document and elsewhere, and, having "perfected said interest" in same through incorporation herein. The Claimant hereby; waives the Claimant's rights as set, established, and the like therein, and as "perfected" within said, to allow for the Respondent(s) to enter the record of the alleged "court of record" within the above referenced alleged ***Commercial/Civil/Cause*** for the SOLE purpose to correct said record and comply with Respondent's(s') agreed upon duty/obligation to write the "order" and cause same to be transmitted to restore and release the Claimant, the Claimant's corpus, and ALL property currently under a "storage contract" under the Claimant's trade-name; i.e., the all-capital-letter "NAMED" within the above referenced alleged ***Commercial/Civil/Cause***, within the alleged commercially "bonded" warehousing agency d.b.a. the commercial corporate Government juridical construct d.b.a.

the United States. Please take special note, that the copyright is with reference to the name and its direct association and/or correlation to the presenter.

18. **Verified FACT:** an original NOTICE OF FAULT was issued the 17th day of April 2019 by USPS EXPRESS Mail/Return Receipt EE 147 569 530 US and delivered/received and signed by I LOYA for MR COOPER the 18th day of April 2019; **WHEREFORE,** the DEFAULT was registered by Certificate of Mailing for and on the Record; Proof of Service of Default attached as **EXHIBIT D**;

19. **Verified FACT:** an original NOTICE OF FAULT was issued the 20th day of April 2019 by USPS EXPRESS Mail/Return Receipt EE 147 569 526 US and delivered/received and signed by G ASAMOAH for REAL TIME RESOLUTIONS, INC the 22nd day of April 2019; **WHEREFORE,** the DEFAULT was registered by Certificate of Mailing for and on the Record; Proof of Service of Default attached as **EXHIBIT E**;

20. **Verified FACT**: **A Final Notice of Default** was issued and served upon Respondent(s) MR COOPER and REAL TIME RESOLUTIONS, INC on about the 25th day of April 2019; Finial Notice of Default issued attached for Record as **EXHIBIT F**;

*This Testimony under oath is presented as the truth the whole truth and nothing but the truth so help me god on and for the record.* An Assessment of damages in the principal sum certain amount being the same sum certain amount demanded in the claim is documented on and for the record.

Dated: 28th day of May 2019

By: [signature]
*Sroka, Gary* real party of interest of "NAME", :copy-right-copy-claim:

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of the document.

State of California )
County of Orange )

**JURAT**

Subscribed and sworn to (or affirmed) before me on this 28th day of May 2019, by *Sroka, Gary*, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature [signature] (seal)
Notary Public Officer

Print Melinda A Thompson

## CERTIFICATE OF SERVICE/PROOF OF SERVICE

State of California
County of Los Angeles

I am over the age of 18 and competent to testify to the facts herein. I am not a party to the suite nor have any interest to the claims presented;

On the 28 day of May 2019, I served the foregoing document(s) described as: **COMPLIANT FOR DECLARATORY RELIEF for a DECLARATORY JUDGMENT**; Proof of Testament/Affidavit per this proof of service

Addressed to:
UNITED STATES BANKRUPTCY COURT *via passagio*
CENTRAL DIVISION
Richard A. Marshack (TR)
Marshack Hays LLP
870 Roosevelt, Irvine. California 92620

---

Respondents in Default
Mr. COOPER
POST OFFICE BOX 60516
CITY OF INDUSTRY, CALIFORNIA 91716-0516

REAL TIME RESOLUTIONS, INC
POST OFFICE BOX 731940, DALLAS, TEXAS 75373-1940

**Copy to: Respondent as Investor and the attorneys(trustees)/**

Nationstar Mortgage LLC
c/o NBS Default Services, LLC
Foreclosure Department
301 East Ocean Boulevard, Suite 1720
Long Beach, California 90802

BANK OF AMERICA, N.A.
100 North Tryon Street, Suite 170
Charlotte, NC 28202-0001

WELLS FARGO BANK, NATIONAL ASSCIATION; SUCCESSOR BY MERGER TO WELLSFARGO BANK MINNESOTA, NATIONAL ASSOCIATION; AS TRUSTEE FOR Bank of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates Series 2003-D
8950 Cypress Waters Boulevard
Coppell, Texas 75019

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

By: ______

# EXHIBIT A

MR COOPER

8-27-18

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR COOPER
Post Office Box 60516
CITY OF INDUSTRY,
CALIFORNIA

9590 9402 2973 7094 0611 07

2. Article Number (Transfer from service label)

EE 198157612US

COMPLETE THIS SECTION ON DELIVERY

A. Signature 8-29-18
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Tender issued Discharging of Government Obligation 0617169546

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☒ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE ( 949 285 6885

SROKA, GARY
324 VIA PROMESA
SAN CLEMENTE, NATION
CALIFORNIA

EE 198157612 US

UNITED STATES POSTAL SERVICE®

PRIORITY ★ MAIL ★ EXPRESS™

PAYMENT BY ACCOUNT (if applicable)

USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

DELIVERY OPTIONS (Customer Use Only)

☒ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

MR Cooper
Post Office Box 60516
City of Industry, California

ZIP + 4® (U.S. ADDRESSES ONLY)

91716-0516

ORIGIN (POSTAL SERVICE USE ONLY)

☒ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
|---|---|---|---|
| 92672 | 8/28/18 | $ 24.70 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 8/27/18 | ☐ 10:30 AM ☐ 3:00 PM ☒ 12 NOON | $ | $ |
| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
| 1:22 ☐ AM ☐ PM | $ | $ 2.75 | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| $ | $ | | |
| Weight ☒ Flat Rate | Acceptance Employee Initials | | |
| lbs. 3.50 ozs. | | $ 27.45 | |

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

LABEL 11-B, OCTOBER 2016 PSN 7690-02-000-9996 2-CUSTOMER COPY

MR COOPER #2 10-29-18

EG 926511859 US

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Customer Copy**
Label 11-B, March 2004

**Post Office To Addressee**

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 92673 | ☑ Next ☐ 2nd ☐ 2nd Del. Day | $ 24.70 |
| Date Accepted | Scheduled Date of Delivery | Return Receipt Fee |
| 10/29/18 | 10/30/18 | $ 2.75 |
| Time Accepted | Scheduled Time of Delivery | COD Fee / Insurance Fee |
| 1319 ☐ AM ☐ PM | ☑ Noon ☐ 3 PM | $ X / $ X |
| Flat Rate ☐ or Weight | Military ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees $ 27.45 |
| 1 lbs. 6 ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials |

**DELIVERY (POSTAL USE ONLY)**

| | Time | | Employee Signature |
|---|---|---|---|
| Delivery Attempt Mo. Day | | ☐ AM ☐ PM | |
| Delivery Attempt Mo. Day | | ☐ AM ☐ PM | |
| Delivery Date Mo. Day | | ☐ AM ☐ PM | (2) |

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday

Mailer Signature

FROM: (PLEASE PRINT) PHONE ( 949 285 6885
Gary James Spota Civilian
324 Via Promesa
San Clemente Nation
California

TO: (PLEASE PRINT) PHONE ( 10-29-18
MR COOPER
Post Office Box 60516
City of Industry CA
91716

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
91716 +

**FOR PICKUP OR TRACKING**
Visit www
Call 1-800-22

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
MR COOPER
Post Office Box 60516
City of Industry CA
91716

9590 9402 3295 7196 5741 67

2. Article Number (Transfer from service label)
EG 926511859 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature MDELACRUZ
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery OCT 30 2018

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No
TENDER ISSUED DISCHARGING OF GOVERNMENT OBLIGATION
061716545 #2

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☑ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

UNITED STATES POSTAL SERVICE®

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to MR. COOPER
Address TENDER OF ALL OBLIGATIONS
061716545

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 24428218331 | 2018-10-26 | 926726 | $21.00 | 10 |



MAILING

MR COOPER

#3 11-29-18

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR COOPER
POST OFFICE BOX 60516
CITY OF INDUSTRY CA 91716

9590 9402 3305 7196 7821 48

EI228846017US

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature X MDELACRUZ ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No

TENDER ISSUED DISCHARGING OF GOVERNMENT OBLIGATION 061716954 #3

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express
- ☐ Registered Mail
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

EXPRESS MAIL — UNITED STATES POSTAL SERVICE® — Customer Copy — Label 11-B, March 2004

Post Office To Addressee

EI 228846017 US

ORIGIN (POSTAL SERVICE USE ONLY)

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 92672 | ☑ Next ☐ 2nd ☐ 2nd Del. Day | $ 24.70 |
| Date Accepted: Mo. 11 Day 29 Year 18 | Scheduled Date of Delivery: Month 11 Day 30 | Return Receipt Fee $ 2.75 |
| Time Accepted: 2:38 ☐ AM ☑ PM | Scheduled Time of Delivery: ☑ Noon ☐ 3 PM | COD Fee $ / Insurance Fee $ |
| | Military: ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees $ 27.45 |
| Flat Rate ☐ or Weight: 2 lbs. 30 ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials |

DELIVERY (POSTAL USE ONLY)

| Delivery Attempt | Time | | Employee Signature |
|---|---|---|---|
| Mo. Day | | ☐ AM ☐ PM | |
| Delivery Attempt Mo. Day | | ☐ AM ☐ PM | |
| Delivery Date Mo. Day | | ☐ AM ☐ PM | (3) |

CUSTOMER USE ONLY

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

☐ WAIVER OF SIGNATURE (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature.
I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday — Mailer Signature 11-29-18

FROM: (PLEASE PRINT) PHONE ( 949 285 -8885

SAROTA GARY GIULIAN
324 VIA PROMESA
SAN CLEMENTE NATION
CALIFORNIA

TO: (PLEASE PRINT) PHONE (

MR COOPER
POST OFFICE BOX 60516
CITY OF INDUSTRY CA 91716

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

9 1 7 1 6 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

EMS

MR COOPER

4TH TENDER

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Cooper
[redacted]
Box 60516
Irvine, Ca. 91716

9590 9402 3919 8060 5119 77

2. Article Number *(Transfer from service label)*
7017 1000 0000 9250 8732

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Ana Polia ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery JAN 30 2019

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

4th tender in full
Issued with consideration
Arbitration Demanded

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

SENDER: COMPLETE THIS SECTION
Complete items 1, 2, and 3.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.
1. Article Addressed to:
Mr. Cooper
[redacted]
Box 60516
Irvine, Ca. 91716
9590 9402 3919 8060 5119 77
2. Article Number (Transfer from service label)
7017 1000 0000 9250 8732
COMPLETE THIS SECTION ON DELIVERY
A. Signature
X Ana Polia ☐ Agent ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery JAN 30 2019
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No
4th tender in full
Issued with consideration
Arbitration Demanded
3. Service Type
☐ Adult Signature ☐ Adult Signature Restricted Delivery ☒ Certified Mail® ☐ Certified Mail Restricted Delivery ☐ Collect on Delivery ☐ Collect on Delivery Restricted Delivery ☐ Insured Mail ☐ Insured Mail Restricted Delivery (over $500) ☐ Priority Mail Express® ☐ Registered Mail™ ☐ Registered Mail Restricted Delivery ☒ Return Receipt for Merchandise ☐ Signature Confirmation™ ☐ Signature Confirmation Restricted Delivery
PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

# EXHIBIT B

REAL TIME #1 8-27-18

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

REAL TIME RESOLUTIONS INC.
POST OFFICE BOX 731940
DALLAS TEXAS 75373-1940

9590 9402 2973 7094 0610 91

2. Article Number (Transfer from service label)

EE 198157626 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery AUG 28 2018

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

TENDER ISSUED DISCHARGING OF GOVERNMENT OBLIGATION
0063587558

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☑ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE (949) ~~285 6885~~

SROKA GARY
324 VIA PROMESA
SAN CLEMENTE, NATION CALIFORNIA

EE 198157626 US

UNITED STATES POSTAL SERVICE® | PRIORITY ★ MAIL ★ EXPRESS™

**PAYMENT BY ACCOUNT (if applicable)**

USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☑ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

Real Time Resolutions, Inc.
Post Office Box 731940
Dallas, Texas

ZIP + 4® (U.S. ADDRESSES ONLY) 75373-1940

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☑ 2-Day ☐ Military ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
|---|---|---|---|
| 92672 | 8/28/18 | $ 24.70 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 8/27/18 | ☐ 10:30 AM ☑ 3:00 PM ☐ 12 NOON | $ | $ |
| Time Accepted | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
| 1:21 ☐ AM ☑ PM | $ | $ 2.75 | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| $ | $ | | |
| Weight ☑ Flat Rate | Acceptance Employee Initials | | |
| lbs. 3.90 ozs. | | $ 27.45 | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, OCTOBER 2016 PSN 7690-02-000-9996 2-CUSTOMER COPY

REAL TIME #2 10-29-18

EG 926511831 US

EXPRESS MAIL
UNITED STATES POSTAL SERVICE®

Customer Copy
Label 11-B, March 2004

Post Office To Addressee

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code: 92673
Day of Delivery: Next
Postage: $24.70
Scheduled Date of Delivery: 10/30/18
Return Receipt Fee: $2.75
Date Accepted: 10/29/18
Scheduled Time of Delivery: 3 PM
COD Fee: $ X
Insurance Fee: $ X
Time Accepted: 1315 PM
Total Postage & Fees: $27.45
Flat Rate or Weight: lbs. 6 ozs.
Int'l Alpha Country Code
Acceptance Emp. Initials

DELIVERY (POSTAL USE ONLY)

Delivery Attempt / Time / Employee Signature
Delivery Attempt / Time / Employee Signature
Delivery Date / Time / Employee Signature (2)

CUSTOMER USE ONLY

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY Weekend Holiday
Mailer Signature

FROM: (PLEASE PRINT) PHONE (949) 285 6885
Gary James Sroka Civilian
324 Via Promesa
San Clemente Nation
California

TO: (PLEASE PRINT) PHONE ( ) 10-29-18
Realtime Resolutions Inc
Post Office Box 731940
Dallas Texas 75373-1940

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

FOR PICKUP OR TRACKING
Visit www.us...
Call 1-800-222-18...

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Realtime Resolutions Inc
Post Office Box 731940
Dallas Texas 75373-1940

9590 9402 3295 7196 5741 74

2. Article Number (Transfer from service label)
EG 926511831 US

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery OCT 3 0 2018
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Tender Issued Discharging of Government Obligation
0063587558 #2

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

UNITED STATES POSTAL SERVICE®

CUSTOMER'S RECEIPT

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to: Realtime Resolutions Inc
Address: Tender of All Obligations
0063587558

KEEP THIS RECEIPT FOR YOUR RECORDS

Serial Number: 24428218342
Year, Month, Day: 2018-10-26
Post Office: 926726
Amount: $21.00
Clerk: 10

EXPRESS MAIL
UNITED STATES POSTAL SERVICE
**Post Office To Addressee**

EI 228846003 US

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code | Day of Delivery | Postage
Date Accepted | Scheduled Date of Delivery | Return Receipt Fee
Time Accepted | Scheduled Time of Delivery | COD Fee | Insurance Fee
Flat Rate or Weight | Military | Total Postage & Fees
Int'l Alpha Country Code | Acceptance Emp. Initials

DELIVERY (POSTAL USE ONLY)

Delivery Attempt | Time | Employee Signature
Delivery Date | Time | Employee Signature

(3)

CUSTOMER USE ONLY

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

WAIVER OF SIGNATURE (Domestic Mail Only) Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday

Mailer Signature

FROM: (PLEASE PRINT) PHONE ( )

[illegible handwritten sender address] CALIFORNIA

TO: (PLEASE PRINT) PHONE ( ) 11-29-18

REAL TIME RESOLUTIONS INC
POST OFFICE BOX 731940
DALLAS TEXAS 75373-1940

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
75373 + 1940

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

EMS

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

REAL TIME RESOLUTIONS INC
POST OFFICE BOX 731940
DALLAS TEXAS 75375-1940

9590 9402 3305 7196 7821 55

2. Article Number: EI228846003US

COMPLETE THIS SECTION ON DELIVERY

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) Gabriel Aran

C. Date of Delivery DEC - 1 2018

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

TENDER ISSUED DISCHARGING OF GOVERNMENT OBLIGATION 0063587558 #3

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

REAL TIME #3

11-29-18

# EXHIBIT C

eGJS02061961-05 Copy-right/copy-claim is secured and reserved with all rights retained, Private Property no eGJS02061961-04 trespass permitted or allowed under common law restrictions and prohibitions.

Conditional Acceptance for the Value/Agreement/ Counter Offer to Acceptance of Offer

**SHOW OF CAUSE PROOF OF CLAIM DEMAND**
**SERVED BY: UNITED STATES POSTAL SERVICE by the**
**UNITED STATES POST OFFICE via** *First Class Postage Prepaid/Return Receipt*
**Contract # eGJS02061961-05**

: copy-right/copy-claim:

**To:** Mr. COOPER
POST OFFICE BOX 60516
CITY OF INDUSTRY, CALIFORNIA 91716-0516
7015 3010 000 8586 4411

REAL TIME SOLUTIONS, INC (RESOLUTIONS)
POST OFFICE BOX 731940
DALLAS, TEXAS 75373-1940
7015 3010 0000 8586 4428

**Mr. Cooper Servicing Account No.** 0617169545 **Real Time Solutions Servicing Account No.** 006358758

**Copy to: Investor and the attorneys(trustees)**

Nationstar Mortgage LLC
c/o NBS Default Services, LLC
Foreclosure Department
301 East Ocean Boulevard, Suite 1720
Long Beach, California 90802

BANK OF AMERICA, N.A.
100 North Tryon Street, Suite 170
Charlotte, NC 28202-0001

WELLS FARGO BANK, NATIONAL ASSCIATION; SUCCESSOR BY MERGER TO WELLSFARGO BANK MINNESOTA, NATIONAL ASSOCIATION; AS TRUSTEE FOR Bank of America Mortgage Securities, Inc. Mortgage Pass-Through Certificates Series 2003-D
8950 Cypress Waters Boulevard
Coppell, Texas 75019

**Curfesy Copies issued to:**

**US Department of Justice** (see separate suggested list)
950 Pennsylvania Avenue,
NW, Washington, DC 20530-0001
**United States Department of Agriculture**
1400 Independence Avenue, S.W.
Washington, DC 20250
**Department of Defense**
1400 Defense Pentagon
Washington, DC 20301-1400
**United States Supreme Court**
1 First Street, N.E.
Washington, DC 20543
**United States Tax Court**
400 Second Street NW
Washington, DC 20217
**California Secretary of State**
**Alex Padilla**
1500 11th Street
Sacramento, California 95815
**Office of Governor**
**Gavin Newson**
1303 10th Street, Suite 1173
Sacramento, CA 95814

**From:** *Sroka, Gary*, equitable beneficial title holder regarding "name": GARY JAMES SROKA dba GARY J. SROKA dba GARY SROKA

**Address:** 324 Via Promesa
San Clemente. Nation California.
Non-domestic without the u.s.

**5th day of April 2019 A.D.**

# USPS Tracking®

FAQs > (https://w

Domestic Mail Only

For delivery information, visit our website at www.usps.com®

CITY OF INDUSTRY, CA 91716

Certified Mail Fee $3.50

Extra Services & Fees (check box, add fee as appropriate)

Return Receipt (hardcopy) $ $2.80

Return Receipt (electronic) $ $0.00

Certified Mail Restricted Delivery $ $0.00

Adult Signature Required $ $0.00

Adult Signature Restricted Delivery $ $0.00

Postage $7.35

Total Postage and Fees $13.65

Postmark Here

04/05/2019

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Track Another Package +

**Tracking Number:** 70153010000085864411

**On Time**

**Expected Delivery on**

**SATURDAY**

**6** APRIL 2019 ⓘ by **8:00pm** ⓘ

## Delivered

April 6, 2019 at 7:03 am
Delivered
CITY OF INDUSTRY, CA 91716

Get Updates

Feedback

**Text & Email Updates**

**Tracking History**

April 6, 2019, 7:03 am
Delivered
CITY OF INDUSTRY, CA 91716
Your item was delivered at 7:03 am on April 6, 2019 in CITY OF INDUSTRY, CA 91716.

April 6, 2019, 6:31 am
Arrived at Unit
CITY OF INDUSTRY, CA 91715

April 6, 2019, 2:25 am
Departed USPS Regional Facility
CITY OF INDUSTRY CA DISTRIBUTION CENTER

April 5, 2019, 11:31 pm
Arrived at USPS Regional Facility
CITY OF INDUSTRY CA DISTRIBUTION CENTER



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Cooper
Post Office BOX 60516
City of Industry, California [91716-0516]

9590 9402 3359 7227 9255 52

2. Article Number (Transfer from service label)

7015 3010 0000 8586 4411

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery
APR 06 2019

D. Is delivery address different from item 1? ☒ Yes
If YES, enter delivery address below: ☐ No

Proof of Claim Arbitration
eGJS0206196l-05
settlement of all debt

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING#
9590 9402 3359 7227 9255 52
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10
United States
Postal Service
• Sender: Please print your name, address, and ZIP+4® in this box•
Sroka Estate eGJS0206196l-05
324 Via Promesa
San Clemente Nation California
non-domestic without the U.S.

# USPS Tracking®

FAQs > (https://

Track Another Package +

Tracking Number: 70153010000085864428

Expected Delivery on

**TUESDAY**

**9** APRIL 2019 by **8:00pm**

## Delivered

April 9, 2019 at 6:09 am
Delivered
DALLAS, TX 75266

Get Updates

Text & Email Updates

Tracking History

April 9, 2019, 6:09 am
Delivered
DALLAS, TX 75266
Your item was delivered at 6:09 am on April 9, 2019 in DALLAS, TX 75266.

April 9, 2019, 5:54 am
Available for Pickup
DALLAS, TX 75266

April 9, 2019, 5:35 am
Arrived at Unit
DALLAS, TX 75260

April 8, 2019, 4:23 am
Departed USPS Regional Facility
DALLAS TX DISTRIBUTION CENTER

Feedback

7015 3010 0000 8586 4428

CERTIFIED MAIL® RECEIPT
Domestic Mail Only

DALLAS, TX 75373

Certified Mail Fee $3.50
Extra Services & Fees $2.80
Postage $7.35
Total Postage and Fees $13.65
04/05/2019

Sent To Real Time Solutions LLC
Post Office Box 731940
Dallas Texas 75373



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Real Time Solutions, INC
Post Office Box 731940
Dallas texas 75373-1940

9590 9402 3359 7227 9255 69

2. Article Number (Transfer from service label):
7015 3010 0000 8586 4428

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) Gabriel Asamoah
C. Date of Delivery APR 0 5 2019

D. Is delivery address different from item 1? ☒ Yes
If YES, enter delivery address below: ☐ No

Proof of Claim Arbitration
eGJS02 061961-05
settlement of all debt

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☒ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USPS TRACKING#

9590 9402 3359 7227 9255 69

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Sroka Estate eGJS 02061961-5
324 Via Promesa
San Clemente. Nation California
nondestic without the U.S.

# EXHIBIT D

**3 DAY FAULT**

## NOTICE TO RESPOND

17th day of April 2019

**From:** *Sroka, Gary*, equitable beneficial title holder regarding "NAME":
GARY JAMES SROKA dba GARY J. SROKA dba GARY SROKA

Address: 324 Via Promesa
San Clemente. Nation California.
Non-domestic without the u.s.

Proof of Delivery of DEFAULT Number# EE 147569530 US
[issued via USPS Express Next Day Mail/Return Receipt]

**To:** MR. COOPER
POST OFFICE BOX 60516
CITY OF INDUSTRY. CALIFORNIA 91716-0516

**Contract # eGJS02061961-05**

1. You are a party to the contract initiated by your confirmed receipt # 7015 3010 0000 8586 4411, via USPS Priority Certified Mail Return Receipt delivered/accepted on the 6th day of April 2019 (see enclosed proof of delivery).

2. You have not complied with the terms of the contract nor disputed its confirmation.

3. You have 72 hours upon receipt of this default to provide proof that you did not receive the original notification, or that documented terms and conditions shall be deemed to be in full effect and in force 3 days after receipt of this notice.

Enclosure –

Proof of delivery and cover page of contract (not the entire contract), summarizing what was delivered to you and confirmed.
CERTIFICATE OF MAILING BY CLERK TO ASSURE PROOF OF SERVICE

By:________ 17th day of April 2019

*Sroka, Gary*, equitable beneficial title holder regarding "NAME":
GARY JAMES SROKA dba GARY J. SROKA dba GARY SROKA

Enclosures – Notice of previous proofs of delivery

EE147569530US

PRIORITY ★ MAIL ★ EXPRESS™

UNITED STATES POSTAL SERVICE®

EE 147569530 US

PAYMENT BY ACCOUNT (if applicable)

DELIVERY OPTIONS (Customer Use Only)

SIGNATURE REQUIRED

Saturday Delivery (delivered next business day)

Sunday/Holiday Delivery Required (additional fee, where available*)

10:30 AM Delivery Required (additional fee, where available*)

Larry Grimes Smoka Estate c/o Gregory J. Smolak

324 Via Promesa

San Clemente, Nation California

non-domestic without the U.S.

TO: Mr Cooper

Post Office Box 60516

City of Industry California

91716-0516

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code: 92606

Scheduled Delivery Date (MM/DD/YY): 4/18

Postage: $25.50

Date Accepted (MM/DD/YY): 4/17

Scheduled Delivery Time: 12 NOON

Time Accepted: 1346 PM

Return Receipt Fee: $2.80

Total Postage & Fees: $28.30

DELIVERY (POSTAL SERVICE USE ONLY)

LABEL 11-B, OCTOBER 2016 PSN 7690-02-000-9996

2-CUSTOMER COPY

# USPS Tracking®

FAQs

Track Another Package

**Tracking Number:** EE147569530US

**Scheduled Delivery by**

**THURSDAY**

**18** APRIL 2019 by **12:00pm**

## Delivered

April 18, 2019 at 12:03 pm
Delivered
CITY OF INDUSTRY, CA 91716

**Get Updates**

**Text & Email Updates**

**Proof of Delivery**

**Tracking History**

April 18, 2019, 12:03 pm
Delivered
CITY OF INDUSTRY, CA 91716
Your item was delivered at 12:03 pm on April 18, 2019 in CITY OF INDUSTRY, CA 91716 to REMITCO.
The item was signed for by I LOYA.

**April 18, 2019, 11:43 am**
Available for Pickup
CITY OF INDUSTRY, CA 91716

**April 18, 2019, 7:46 am**
Arrived at Post Office
CITY OF INDUSTRY, CA 91715

**April 18, 2019, 12:39 am**
Arrived at USPS Regional Facility
CITY OF INDUSTRY CA DISTRIBUTION CENTER

**April 17, 2019, 4:57 pm**
Arrived at USPS Regional Facility
SANTA ANA CA DISTRIBUTION CENTER

**April 17, 2019, 3:09 pm**
Departed Post Office
NORCO, CA 92860

**April 17, 2019, 1:47 pm**
USPS in possession of item
NORCO, CA 92860

Feedback

**Product Information**

**Postal Product:** Priority Mail Express 1-Day™

**Features:**
Money Back Guarantee
Insured
PO to Addressee
Up to $100 insurance included. Restrictions Apply

Signed for By: I LOYA // CITY OF INDUSTRY, CA 91716 // 12:03 pm

**See tracking for related item: 9590940247628344867142 (/go/TrackConfirmAction?tLabels=9590940247628344867142)**

**See Less**

**Certificate Of Mailing**

To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: Gary James Sroka Estate c/o GARY J SROKA(infant/minor)
324 Via Promesa
San Clemente. Nation California.
non-domestic without the u.s.

To: Mr. Cooper
POST OFFICE BOX 60516
CITY OF INDUSTRY. CALIFORNIA 91716-0516
EE 147569530 US DEFAULT

Postmark Here

PS Form **3817**, April 2007 PSN 7530-02-000-9065





# EXHIBIT E

**3 DAY FAULT**

# NOTICE TO RESPOND

20th day of April 2019

**From:** *Sroka, Gary*, equitable beneficial title holder regarding "NAME":
GARY JAMES SROKA dba GARY J. SROKA dba GARY SROKA

Address: 324 Via Promesa
San Clemente. Nation California.
Non-domestic without the u.s.

Proof of Finial Notice of Delivery of DEFAULT Number# EE 147569526 US
[issued via USPS Express Mail/Certified/Return Receipt]

**To:** REAL TIME SOLUTIONS, INC
POST OFFICE BOX 731940
DALLAS. TEXAS 75373-1940

**Contract #** eGJS02061961-05

1. You are a party to the contract initiated by your confirmed receipt # 7015 3010 0000 8586 4428, via USPS Priority Certified Mail Return Receipt delivered/accepted on the 9th day of April 2019 (see enclosed proof of delivery).

2. You have not complied with the terms of the contract or disputed its confirmation.

3. You had 72 hours upon receipt of the **3 DAY FAULT NOTICE TO RESPOND Proof of Delivery of DEFAULT Number#** EE 147569526 US ***[issued via USPS Express Next Day Mail/Return Receipt]*** to provide proof that you did not receive the original notification, or that document terms and conditions shall be deemed to be in full effect and force 3 days after receipt of that notice.

Enclosure –

Proof of delivery and cover page of contract (not the entire contract), summarizing what was delivered to you and confirmed.

<u>CERTIFICATE OF MAILING BY CLERK TO ASSURE PROOF OF SERVICE</u>

20th day of April 2019

*Sroka, Gary*, equitable beneficial title holder regarding "NAME":
GARY JAMES SROKA dba GARY J. SROKA dba GARY SROKA

Enclosures – Notice of previous proofs of delivery

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE ( )

Gary James Sopka Estate
40324 Via Promesa
San Clemente Nation California

non-domestic without the US.

PAYMENT BY ACCOUNT (if applicable)

USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

REALTIME SOLUTIONS INC
POST OFFICE BOX 731940
DALLAS TEXAS 75373-1940

ZIP + 4® (U.S. ADDRESSES ONLY)

75373-1940

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

EE 147569526 US

UNITED STATES POSTAL SERVICE®

PRIORITY ★ MAIL ★ EXPRESS™

ORIGIN (POSTAL SERVICE USE ONLY)

| 1-Day ☒ 2-Day | | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code: 92199 ~~92866~~ | Scheduled Delivery Date (MM/DD/YY): 4/22/19 | Postage: $ 25.50 | |
| Date Accepted (MM/DD/YY): 4/20/19 | Scheduled Delivery Time: ☐ 10:30 AM ☒ 3:00 PM ☐ 12 NOON | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 8:11 ☐ AM ☒ PM | 10:30 AM Delivery Fee: $ | Return Receipt Fee: $ 2.80 | Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: $ 28.30 | |
| Weight: ☒ Flat Rate lbs. ozs. | Acceptance Employee Initials: P | | |

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

LABEL 11-B, OCTOBER 2016 PSN 7690-02-000-9996 2-CUSTOMER COPY

# USPS Tracking® FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

**Track Another Package +**

Remove X

**Tracking Number:** EE147569526US

**Scheduled Delivery by**

**MONDAY**

**22** APRIL 2019 ⓘ by **3:00pm** ⓘ

Feedback

## Delivered

April 22, 2019 at 10:49 am
Delivered
DALLAS, TX 75373

**Get Updates**

**Text & Email Updates**

**Proof of Delivery**

**Tracking History**

April 22, 2019, 10:49 am
Delivered
DALLAS, TX 75373
Your item was delivered at 10:49 am on April 22, 2019 in DALLAS, TX 75373 to CHASE 75373. The item was signed for by G ASAMOAH.

**April 22, 2019, 9:47 am**
Available for Pickup
DALLAS, TX 75266

**April 22, 2019, 5:19 am**
Available for Pickup
DALLAS, TX 75266

**April 22, 2019, 3:27 am**
Arrived at USPS Regional Facility
DALLAS TX DISTRIBUTION CENTER

**April 22, 2019, 12:01 am**
Arrived at USPS Regional Facility
COPPELL TX DISTRIBUTION CENTER

**April 20, 2019, 5:46 pm**
Departed Post Office
NORCO, CA 92860

**April 20, 2019, 9:59 am**
USPS in possession of item
NORCO, CA 92860

Feedback

## Product Information

**Postal Product:**
Priority Mail Express 2-Day™

**Features:**
Money Back Guarantee
Insured
PO to Addressee
Return Receipt
Up to $100 insurance included. Restrictions Apply

Signed for By: G ASAMOAH // DALLAS, TX 75373 // 10:49 am



UNITED STATES POSTAL SERVICE®

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

To pay fee, affix stamps or meter postage here.

From: Gary James Sroka Estate c/o GARY J SROKA(infant/minor)
324 Via Promesa
San Clemente, Nation California.
non-domestic without the u.s.

Postmark Here

APR 20 2019 USPS CA 92860

To: REALTIME SOLUTIONS, INC
POST OFFICE BOX 731940
DALLAS, TEXAS 75373-1940
EE 147569526 US DEFAULT Issued

PS Form **3817**, April 2007 PSN 7530-02-000-9065

# FINAL NOTICE OF DEFAULT

# Of NOTICE TO RESPOND

25th day of April 2019

**From:** *Sroka, Gary,* equitable beneficial title holder regarding "NAME":
GARY JAMES SROKA dba GARY J. SROKA dba GARY SROKA

Address: 324 Via Promesa
San Clemente. Nation California.
Non-domestic without the u.s.

Proof of Finial Notice of Delivery of DEFAULT Number# 7015 3010 0000 8586 4190
[issued via USPS Priority Mail Certified]

**To:** Mr. COOPER
POST OFFICE BOX 60516
CITY OF INDUSTRY. CALIFORNIA 91716-0516

**Contract #** eCG02281951-3

4. You are a party to the contract initiated by your confirmed receipt # 7015 3010 0000 8586 4411, via USPS Priority Certified Mail Return Receipt delivered/accepted on the 6th day of April 2019 (see enclosed proof of delivery).

5. You have not complied with the terms of the contract or disputed its confirmation.

6. You had 72 hours upon receipt of the **3 DAY FAULT NOTICE TO RESPOND Proof of Delivery as of 19th day of April 2019 for DEFAULT Number#** EE 147569530 US **[*issued via USPS Express Next Day Mail/Return Receipt*]** to provide proof that you did not receive the original notification, or that document terms and conditions shall be deemed to be in full effect and force 3 days after receipt of that notice.

Enclosure –

Proof of delivery and cover page of contract (not the entire contract), summarizing what was delivered to you and confirmed.

<u>CERTIFICATE OF MAILING BY CLERK TO ASSURE PROOF OF SERVICE</u>

By:________ 25th day of April 2019

*Sroka, Gary,* equitable beneficial title holder regarding "NAME":
GARY JAMES SROKA dba GARY J. SROKA dba GARY SROKA

Enclosures – Notice of previous proofs of delivery

# FINAL NOTICE OF DEFAULT

## Of NOTICE TO RESPOND

25th day of April 2019

**From:** *Sroka, Gary*, equitable beneficial title holder regarding "NAME":
GARY JAMES SROKA dba GARY J. SROKA dba GARY SROKA

Address: 324 Via Promesa
San Clemente. Nation California.
Non-domestic without the u.s.

Proof of Finial Notice of Delivery of DEFAULT Number# 7015 3010 0000 8586 4206
[issued via USPS Priority Mail Certified]

**To:** REAL TIME RESOLUTION INC (issued as SOLUTION) correct party served
POST OFFICE BOX 731940
DALLAS. TEXAS 75373-1940

**Contract #** eCG02281951-3

4. You are a party to the contract initiated by your confirmed receipt # 7015 3010 0000 8586 4428, via USPS Priority Certified Mail Return Receipt delivered/accepted on the 9th day of April 2019 (see enclosed proof of delivery).

5. You have not complied with the terms of the contract or disputed its confirmation.

6. You had 72 hours upon receipt of the **3 DAY FAULT NOTICE TO RESPOND Proof of Delivery as of 20th day of April 2019 for DEFAULT Number#** EE 147569526 US ***[issued via USPS Express Next Day Mail/Return Receipt]*** to provide proof that you did not receive the original notification, or that document terms and conditions shall be deemed to be in full effect and force 3 days after receipt of that notice.

Enclosure –

Proof of delivery and cover page of contract (not the entire contract), summarizing what was delivered to you and confirmed.
<u>CERTIFICATE OF MAILING BY CLERK TO ASSURE PROOF OF SERVICE</u>

FOREVER | 2017 | GLOBAL

By:__________ 25th day of April 2019

*Sroka, Gary*, equitable beneficial title holder regarding "NAME":
GARY JAMES SROKA dba GARY J. SROKA dba GARY SROKA

Enclosures – Notice of previous proofs of delivery